UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/28/2018

UNITED STATES OF AMERICA,

v.

JASON ADAMS,

Defendant.

No. 17-CR-142-18 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of a letter from defendant Jason Adams, seeking that the Court appoint him new counsel. A conference is scheduled for September 6, 2018 at 11:30 a.m. in Courtroom 1506 of Foley Square to address this issue.

SO ORDERED.

Dated: August 28, 2018
New York, New York

Ronnie Abrams
United States District Judge