USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON ADAMS,

Defendant.

No. 17-CR-142-18

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at today's conference, Mr. Adams shall have no contact with the alleged victim referenced in specifications 2, 3, 4, 5, 6, and 7 of the Violation Report.

SO ORDERED.

Dated:   September 27, 2021
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge