USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-19-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON ADAMS,

Defendant.

No. 17-CR-142-18 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the hearing scheduled for November 7, 2022 is adjourned to November 21, 2022 at 9:00 a.m. The Government shall file any pre-hearing submission by November 14, 2022 and any response shall be filed by November 17, 2022.

SO ORDERED.

Dated:   August 19, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge