```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   17 Cr. 142(RA)
UNITED STATES OF AMERICA,                 :
                                          :        ORDER
            -v-                           :
                                          :
JASON ADAMS,                              :
                    Defendant.            :
                                          :
------------------------------------------X
```

RONNIE ABRAMS, District Judge:

ORDERED that the defendant's supervised release is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:   June 26, 2023
         New York, New York

_____
           RONNIE ABRAMS
     United States District Judge