**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :           ORDER
                                        :
                                        :
                                        :
                                        :           _____
                                        :              Docket #
----------------------------------------x
```

_____, **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.
                                      Attorney's Name

                                                             SO ORDERED.

                                                   **UNITED STATES DISTRICT JUDGE**

        July 25, 2023
**Dated:**   **New York, New York**