U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 29, 2023

**BY ECF AND EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 30, 2023

Re:   *United States v. Jason Adams*, 17 Cr. 142-18 (RA)
      **Request for Order Directing U.S. Probation to Disclose Records**

Dear Judge Abrams:

The Government submits this letter to respectfully request, with the consent of defense counsel, that chronologies maintained by the United States Probation Office, detailing Jason Adams's supervision, be unsealed. The Government seeks these records in connection with its preparation for the upcoming revocation hearing scheduled in the case on September 11, 2023.

The chronologies maintained by the United States Probation Office contain material relevant to the hearing, and the Government understands that they may be unsealed only upon a Court order. In addition, once in possession of the files, the Government will disclose them to the defendant consistent with its obligations under Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin M. Burkett
Assistant United States Attorney
benjamin.burkett@usdoj.gov
(212) 637-2455

cc:   Counsel of Record (by ECF)
      U.S. Probation Officer Darryl Spencer (by electronic mail)