

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY ECF AND EMAIL**

The Honorable Ronnie Abrams                    September 5, 2023
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *United States v. Jason Adams*, 17 Cr. 142-18 (RA)
       **Request for Order Directing U.S. Probation to Disclose Treatment Reports**

Dear Judge Abrams:

The Government submits this letter to respectfully request that certain records maintained by the United States Probation Office, concerning defendant Jason Adams's substance abuse treatment (the "Treatment Reports"), be unsealed. The Government seeks these records in connection with its preparation for the upcoming revocation hearing scheduled in the case on September 11, 2023 (the "Hearing").

The Treatment Reports contain material relevant to the Hearing and, in particular, relevant to the third specification giving rise to the Hearing, which concerns the defendant's alleged failure to participate in substance abuse treatment on or about May 26, 2023. The Government understands that the Treatment Reports may be unsealed only upon a Court order. Once in possession of the files, the Government will disclose them to the defendant consistent with its obligations under Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).

Application granted.                          Respectfully submitted,

SO ORDERED.                                   DAMIAN WILLIAMS
                                              United States Attorney

_____                  by: _____
Ronnie Abrams, U.S.D.J.                       Benjamin M. Burkett
September 6, 2023                             Assistant United States Attorney
                                              benjamin.burkett@usdoj.gov
                                              (212) 637-2455

cc:    Counsel of Record (by ECF)
       U.S. Probation Officer Darryl Spencer (by electronic mail)