UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JASON ADAMS,

Defendant.

17-CR-142 (RA)

ORDER

RONNIE ABRAMS, District Judge:

On March 1, 2019, Jason Adams was sentenced principally to a term of imprisonment of 40 months. By letter received on January 11, 2024, Mr. Adams asks that this Court grant him a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report stating its position that Mr. Adams is precluded from receiving a sentence reduction because he fails to meet the eligibility criteria. Specifically, it noted that he neither received an enhancement for committing the instant offense while under a criminal justice sentence nor had zero criminal history points. Having considered the probation report, Mr. Adams' submission, and the record in this case, it is hereby ORDERED that Mr. Adams' motion is denied. The Court agrees with the Probation Department that Mr. Adams is precluded from receiving a sentence reduction because he fails to meet the eligibility criteria. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Adams.

SO ORDERED.

_____
Ronnie Abrams
United States District Judge

Dated: February 15, 2024
New York, New York