U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 4, 2025

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Court House
40 Foley Square
New York, NY 10007

> Application granted. The violation of supervised release hearing scheduled for September 15, 2025, is canceled. The parties shall provide the Court with a status update by September 30, 2025, if not sooner.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> September 5, 2025

**Re:** *United States v. Jason Adams*, 17 Cr. 142 (RA)

Dear Judge Abrams:

      The parties jointly submit this letter in the above-captioned matter to provide the Court with a status update and request that the violation-of-supervised-release hearing scheduled for September 15, 2025, be adjourned pending supervisee Jason Adams's possible acceptance into a residential treatment program. The parties jointly propose filing a status letter with the Court on September 30, 2025, in which they will advise the Court as to whether the supervisee has been accepted into such a program and as to whether a hearing should be calendared at that time.

      On March 28, 2025, the United States Probation Office for the Southern District of New York ("Probation") issued a violation report (the "Violation Report") alleging that supervisee Jason Adams had violated the conditions of his supervised release, as detailed in four specifications set forth in the Violation Report. On the same date, this Court issued a warrant for the supervisee's arrest. The supervisee was arrested on August 6, 2025, and presented before the Honorable Robert W. Lehrburger, United States Magistrate Judge, at which proceeding the supervisee was ordered detained, without prejudice to a subsequent bail application by the defense.

      The supervisee appeared before this Court on August 22, 2025, at which the Court heard argument on a defense bail application. Following argument, the Court ruled that the supervisee continue to be detained pending his acceptance into a residential treatment program. The Court also set a date for a possible hearing regarding the alleged violations, on September 15, 2025.

      Since the August 22, 2025 proceeding, Probation has been working to secure the supervisee's acceptance into a residential treatment program with Samaritan Daytop Village. Probation has obtained, from the Bureau of Prisons, records concerning the supervisee's mental health and medical status, and has submitted those records to Samaritan Daytop Village in connection with the supervisee's possible acceptance into a program at one of their facilities. Probation is awaiting a decision from Samaritan Daytop Village as to whether they will intake the supervisee, and hopes to have an answer by the end of the month, if not sooner.

Accordingly, the parties jointly request that the hearing presently scheduled for September 15, 2025, be adjourned and that, in lieu of a hearing, the parties submit a joint status letter to the Court by September 30, 2025, advising the Court of whether the supervisee has been accepted into a residential treatment program and whether a hearing should be re-calendared at that time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Benjamin M. Burkett*
Benjamin M. Burkett
Assistant United States Attorney
(212) 637-2455

Cc: Counsel of Record (by ECF)